The People of the State of New York ex rel. Andrew P. McManus, Relator, v. Rhinelander Waldo, as Fire Commissioner of the City of New York, Respondent. — Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

In the Matter of the Judicial Settlement of the Third Supplemental Account of Conrad Weber and Others, as Surviving Executors, etc., of William Kramer, Deceased, Appellants. Albert J. Kramer and Others, Appellants; Katie Schmidt and Others, Respondents.— Decree affirmed, with costs. No opinion.

In the Matter of Israel Levine.— Reference ordered to official referee.

In the Matter of William Voxman.— Reference ordered to official referee.

The People of the State of New York ex rel. Interborough Rapid Transit Company, Appellant, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1905.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Interborough Rapid Transit Company, Appellant, v. Frank Raymond and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1906.)— Order affirmed, with ten dollars costs and disbursements. No opinion.